Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

C.F. by and through his parent, ERICA DRIGGERS, W.M. by and through his parent, DESIREE PRESNELL, O.S. by and through his parent, LINDSEY TOPPING-SCHUETZ, J.P. by and through his parent, JESSICA MORROW, W.J. by and through his parent, DESIREE PRESNELL, individually and on behalf of a class,

Plaintiffs,

v.

RYAN MORAN, in his official capacity as Director of the Washington State Health Care Authority,

Defendant.

Case No. 3:26-cv-05095-MLP

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

THIS MATTER, having come before the Court on Plaintiffs' Motion for Preliminary Injunction, and this Court, having reviewed the filings and considered the following evidence:

1.  Plaintiffs' Motion for Preliminary Injunction and supporting documents;

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION- 1**

ALBERT LAW PLLC
3131 Western Avenue, Suite 410
Seattle, WA 98121
Phone: (206) 576-8044

2. _____

3. _____

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Preliminary Injunction in this matter is GRANTED as follows:

a.   A Preliminary Injunction is entered and orders the Defendant Ryan Moran to take immediate and affirmative steps to arrange directly or through  referral to appropriate agencies, organizations, or individuals, corrective treatment of Private Duty Nursing (PDN) services and Personal Care (PC) services to the Plaintiffs and Class at the level approved by the Defendant, as required by the Medicaid Act, the Americans with Disabilities Act, and the Rehabilitation Act, pending final judgment in this action or until further order of Court.

b.   For those Plaintiffs and Class who are approved for PDN services and are not receiving these services at the level approved by the Defendant, the parents of the Plaintiff and Class shall be paid by the Defendant for providing PC services.  PC hours provided will be deducted from the approved PDN hours, until PDN services are secured for the Plaintiffs and Class at the approved PDN level.

c.   For those Plaintiffs and Class who are approved for PC services and not PDN services and are not receiving PC services at the level approved by the Defendant, the parents of the Plaintiff and Class shall be paid by the Defendant for providing PC services, until PC services are secured for the Plaintiffs and Class at the approved PC level.

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR PRELIMINARY INJUNCTION- 2**

ALBERT LAW PLLC
3131 Western Avenue, Suite 410
Seattle, WA 98121
Phone: (206) 576-8044

d.    That the Defendant shall provide to the Plaintiffs within 30 days and every 30 days thereafter, the following: (1) what steps have been undertaken by the Defendant to arrange for the delivery of PDN and PC services to the Plaintiffs and Class; and (2) an identifying list of the putative Class members which contains their current approved level of PDN and PC services; and how much of their PDN and PC services is actually being used or delivered to the Class members during the preceding 90 days.

e.    That this Court shall appoint a master pursuant to FRCP to monitor Defendant's compliance with this Preliminary Injunction.

f.    That this Court waive or excuse the filing of any security or bond by the Plaintiffs and Class.

Dated the _____ day of _____. 2026.

_____

Honorable Michelle L. Peterson

Presented by:

ALBERT LAW PLLC

*/s/ Gregory Albert*
Gregory Albert, WSBA #42673
Albert Law PLLC
3131 Western Ave. Ste 410
Seattle, WA 98121
Attorney for Plaintiffs

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION- 3**

ALBERT LAW PLLC
3131 Western Avenue, Suite 410
Seattle, WA 98121
Phone: (206) 576-8044