Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

C.F. by and through his parent, ERICA
DRIGGERS, W.M. by and through his
parent, DESIREE PRESNELL, O.S. by and
through his parent, LINDSEY TOPPING-
SCHUETZ, J.P. by and through his parent,
JESSICA MORROW, W.J. by and through his
parent, DESIREE PRESNELL, individually
and on behalf of a class,

Plaintiffs,

v.

RYAN MORAN, in his official capacity as
Director of the Washington State Health Care
Authority,
                    Defendant.

Case No. 3:26-cv-05095-MLP

**SUPPLEMENTAL
DECLARATION OF JESSICA
MORROW IN SUPPORT OF
PLAINTIFFS' REPLY FOR
PRELIMINARY INJUNCTION**

**SUPPLEMENTAL DECLARATION OF
JESSICA MORROW IN SUPPORT OF
PLAINTIFFS' REPLY FOR PRELIMINARY
INJUNCTION**

ALBERT LAW PLLC
3131 Western Avenue, Suite 410
Seattle, WA 98121
Phone: (206) 576-8044

## SUPPLEMENTAL DECLARATION OF JESSICA MORROW

Jessica Morrow declares as follows:

1. I am over 18 years of age and I have personal knowledge of the facts set forth in this declaration. If called and sworn as a witness, I would testify competently to them. I am the mother of J.P.

2. The Defendant's claim that he was able to identify a potential caregiver in April 2025, and implies that I did not pursue the caregiver is inaccurate. The caregiver in April 2025 showed up to my house one time and then never came back nor did they answer my phone calls to see if they were still interested in providing services.

3. The DSHS Caseworkers have tried to help me locate personal care services, but they have repeatedly been unsuccessful as I have been checking with agencies and other places.

4. The Defendant's statement that as of February 16, 2026, that a newly selected personal careworker (Individual Provider) may begin providing services is incomplete. This new provider is unable to provide the 73 hours of personal care per month approved for J.P. This new provider is a fellow special needs mother that lives across the mountains on the other side. Kimmi Nova is also approved for care for her special needs child who currently receives little to no personal care hours. Kimmi has to come to Seattle on rare occasions for her child's appointment. We connected so that in the event she is over on this side of the mountains and has the chance to be here for a bit we could try to provide care for each others children. It is not a regular situation. We have gone this route because we have exhausted all other resources in trying to find help.

1

5. J.P. is actively seeking personal care services as J.P. had a recent assessment with Mandy Hegr, his Case Resource Manager.

I declare that under penalty of perjury that the foregoing is true and correct. Executed this 31st day of March, 2026.

*Jessica Morrow*

Jessica Morrow

2