The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

C.F. by and through his parent, ERICA DRIGGERS, W.M. by and through his parent, DESIREE PRESNELL, O.S. by and through his parent, LINDSEY TOPPING-SCHUETZ, J.P. by and through his parent, JESSICA MORROW, W.J. by and through his parent, DESIREE PRESNELL, individually and on behalf of a class,

Plaintiffs,

v.

RYAN MORAN, in his official capacity as Director of the Washington State Health Care Authority,

Defendant.

NO. 3:26-cv-05095-TMC

FOURTH JOINT STATUS REPORT REGARDING THE EFFECTUATION OF THE PRELIMINARY INJUNCTION

## I. BACKGROUND

On July 21, 2026, the Court entered an Order Granting in Part and Denying in Part Motion for Preliminary Injunction (Dkt. #77) ("Order"). The Court granted the Plaintiffs' Motion for Preliminary Injunction (Dkt. # 18) ("Motion") as to W.M. and O.S. and denied the Motion as to the other three plaintiffs.


ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
360-586-6565

In addition, the Court ordered "counsel for Defendant and Plaintiffs [to] meet and confer as soon as practicable and develop a plan for implementing the preliminary injunction." Dkt. #77 at p. 16:13-15. Counsel met via Zoom on July 29, 2026, and August 12, 2026.

The Court further ordered that "[a]mong other things, the plan must identify the responsibilities of Defendant, the need for additional providers, methods of finding, securing, and retaining additional providers, and a timeline for accomplishing needed tasks." Dkt. #77 at p. 16:15-18.

The Court also ordered the parties to submit a Joint Status Report regarding the effectuation of the Order within 30 days of its entry. Dkt. #77 at p. 16:23 to 17:1. This report "must include a schedule going forward for regular updates to the Court." Dkt. #77 at p. 17:1-2.

The parties submitted their first Joint Status Report on August 20, 2026 (Dkt. #78), their second Joint Status Report on September 18, 2026 (Dkt. #82), and their third Joint Status Report on October 20, 2026 (Dkt. #84).

## II. STATUS OF EFFECTUATING THE ORDER

### A. Responsibilities of Defendant

The Defendant acknowledges that the Health Care Authority ("HCA"), as the Medicaid agency in Washington, is responsible for ensuring the provision of medically necessary and authorized services to W.M. and O.S. Both of these plaintiffs are enrolled as members with Molina Healthcare of Washington, Inc. ("Molina"), a managed care organization under contract with HCA. However, this does not change HCA's underlying obligations.

### B. Need For Additional Providers

Although progress has been made (as described below), the parties acknowledge the continued need to identify, obtain, and retain additional nurses to provide in-home private duty nursing ("PDN") services to W.M. and O.S.


ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
360-586-6565

**C. Finding, Securing, and Retaining Providers**

HCA has been working diligently with Molina to effectuate the Order. Under the parties' contract, HCA directed Molina to continue to find, secure, and retain providers for O.S. and W.M.

Details about Molina's efforts, supported by HCA, to find, secure, and retain PDN services for W.M. and O.S. since the filing of the third Joint Status Report on October 20, 2026 (Dkt. #84) are summarized as of today's date.

**1. W.M.**

Since the dismissal of the nursing agency Lifeline, W.M. has not received any PDN.

Molina agreed to single case agreements with nursing agencies S&S and Aveanna. Under these agreements, the agencies will be paid above-market rates to provide PDN services to W.M.

Aveanna has an available day shift nurse. W.M.'s family met with this nurse and agreed to work with her. This nurse should be able to start once training is complete. Aveanna may also have a night shift nurse available, and they are reaching out to see if this may be a possibility.

S&S reported they have a nurse available and they are working on scheduling a time to meet with the family. They also requested Lifeline's plan of care.

**2. O.S.**

Molina previously approved O.S. for eight hours of PDN services per day, seven days a week.

O.S. continues to receive nursing through the nursing agency Team Select. Team Select and Molina have a single case agreement under which Molina pays Team Select above-market rates to provide PDN services to O.S.

The family is requesting 36 hours of PDN per week. O.S. is also receiving 20 hours of personal care per week.

O.S. received the following amounts of PDN over the past month:

October 15 – October 21: 34.5 hours.


ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
360-586-6565

October 22 – October 28: 27 hours.

October 29 – November 4: 20.75 hours.

November 5 – November 11: 37.25 hours.

**D. Timeline For Accomplishing Tasks**

**1. W.M.**

Molina quickly entered into single case agreements with other nursing agencies after Lifeline's dismissal. Aveanna's day shift nurse will start providing PDN as soon as training is complete.

**2. O.S.**

All requested shifts are covered by Team Select.

**E. Future Updates**

The parties will submit further reports to the Court every 30 calendar days, unless otherwise ordered.

RESPECTFULLY SUBMITTED this 19th day of November, 2026.

NICHOLAS W. BROWN
Attorney General

*s/ Nissa Iversen*
NISSA IVERSEN, WSBA No. 46708
Assistant Attorney General
WILLIAM T. STEPHENS, WSBA No. 24254
Senior Counsel
*Attorneys for Defendant, Ryan Moran*
E-mail: nissa.iversen@atg.wa.gov
bill.stephens@atg.wa.gov

ALBERT LAW PLLC

*s/ Gregory Albert*
Gregory Albert, WSBA #42673

3131 Western Ave., Suite 410
Seattle, WA 98121
Telephone: (206)-576-8044
Email: greg@albertlawpllc.com
*Attorney for Plaintiffs*

ROBERT H. FARLEY, JR., LTD.

*s/ Robert H. Farley, Jr.*
Robert H. Farley Jr.
1155 S. Washington Street
Naperville, IL 60540
Telephone: (630) 369-0103
E-mail: farleylaw@aol.com
*Pro Hac Vice Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Gregory Albert, WSBA #42673
ALBERT LAW PLLC
3131 Western Ave., Suite 410
Seattle, WA 98121
Telephone: (206)-576-8044
Email: greg@albertlawpllc.com

*Attorney for Plaintiffs*

Robert H. Farley Jr.
Robert H. Farley, Jr., LTD.
1155 S. Washington Street
Naperville, IL 60540
Telephone: (630) 369-0103
E-mail: farleylaw@aol.com
*Pro Hac Vice Attorney for Plaintiffs*

I certify under the penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

EXECUTED this 19th day of November, 2026 at Olympia, Washington.

*s/ Nissa Iversen*
Nissa Iversen, AAG



ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
360-586-6565